Timothy M. Keegan, CA Bar No. 251085
tim.keegan@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
15 W. South Temple, Suite 950
Salt Lake City, Utah 84101
Telephone:   (801) 658-6100
Facsimile:   (385) 360-1707

Attorneys for Defendant THE BOEING
COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VETO,<br><br>     Plaintiff,<br><br>    vs.<br><br>THE BOEING COMPANY, a corporation; and DOES 1-50, inclusive.<br><br>    Defendants. | Case No. 8:24-cv-00509-DOC-KESx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT THE BOEING COMPANY** |

The Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment of Claims of defendant The Boeing Company ("Defendant") was heard before the Honorable David O. Carter on October 21, 2024. The appearances were as stated on the record.

After full consideration of the evidence, the authorities submitted by counsel, as well as the arguments of the respective counsel for the Plaintiff and Defendant, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, is **GRANTED** in full [Dkt 29 filed October 23, 2024].

**IT IS FURTHER ORDERED THAT** Plaintiff Christopher Veto take nothing by way of his Complaint and that JUDGMENT IS ENTERED IN FAVOR OF The Boeing Company.  The Boeing Company may file a bill of costs no later than April 15, 2026.

**IT IS SO ORDERED.**

DATED: March 31, 2026

_____
Honorable David O. Carter
United States District Judge